**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| JONATHAN DAFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC PHONES OF NORTH CAROLINA, INC. d/b/a VICTRA INC.,<br><br>Defendants. | Civil Action No. 5:26-cv-00485-D<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jonathan Daffin hereby gives notice that his individual claims in this action against Defendant ABC Phones of North Carolina, Inc. d/b/a Victra Inc. are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: September 14, 2026

Respectfully submitted,

By: */s/ Jean S. Martin*
Jean S. Martin
NC Bar No. 25703
**AYLSTOCK WITKIN**
**KREIS & OVERHOLTZ PLC**
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
jmartin@awkolaw.com

-And-

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Tel: (405) 235-1560
wbf@federmanlaw.com

***Attorneys for Plaintiff Jonathan Daffin***

# CERTIFICATE OF SERVICE

I, Jean S. Martin, hereby certify that on September 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Jean S. Martin*
Jean S. Martin